IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARCUS JARROD PAYNE, | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CASE NO. 3:22-CV-2926-M-BK |
| | § | |
| THE ANTHONY SCOTT LAW FIRM PLLC, ET AL., | § | |
| DEFENDANTS. | § | |

**ORDER ACCEPTING THE FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

United States Magistrate Judge Renée Harris Toliver made Findings, Conclusions and a Recommendation in this case. Objections were filed, and the Court has made a de novo review of those portions of the proposed Findings, Conclusions and Recommendation to which objection was made. The objections are overruled and the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge. *Defendants The Anthony Scott Law Firm, PLLC and Brendetta Anthony Scott's Motion to Dismiss Plaintiff's Complaint*, Doc. 6, and *Defendant Stacy Eley's Motion to Dismiss and for Determination of Vexatious Litigant*, Doc. 14, are **GRANTED**.

**SO ORDERED** this 22nd day of May, 2023.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE